# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### WESTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

EDGAR FRANCISCO ROJAS-COSS,

Defendant.

No. CR07-4016-MWB

**ORDER CONCERNING MAGISTRATE'S REPORT AND RECOMMENDATION REGARDING DEFENDANT'S GUILTY PLEA**

_____

## I.  INTRODUCTION AND BACKGROUND

In a one-count indictment returned on February 22, 2007, defendant Edgar Francisco Rojas-Coss is charged with being a previously deported alien who was found in the United States without the express consent of the Attorney General or his successor, the Secretary for Homeland Security, in violation of § 1326(a).  On March 21, 2007, defendant appeared before Chief United States Magistrate Judge Paul A. Zoss and entered a plea of guilty to Count 1 of the indictment.  On this same date, Chief Judge Zoss filed a Report and Recommendation in which he recommends that defendant's guilty plea be accepted.  No objections to Chief Judge Zoss's Report and Recommendation were filed.  The court, therefore, undertakes the necessary review of Chief Judge Zoss's recommendation to accept defendant's plea in this case.

## II.  ANALYSIS

Pursuant to statute, this court's standard of review for a magistrate judge's Report and Recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or

> recommendations to which objection is made.  A judge of the
> court may accept, reject, or modify, in whole or in part, the
> findings or recommendations made by the magistrate [judge].

28 U.S.C. § 636(b)(1).  Similarly, Federal Rule of Civil Procedure 72(b) provides for
review of a magistrate judge's Report and Recommendation on dispositive motions and
prisoner petitions, where objections are made, as follows:

> The district judge to whom the case is assigned shall make a de
> novo determination upon the record, or after additional
> evidence, of any portion of the magistrate judge's disposition
> to which specific written objection has been made in
> accordance with this rule.  The district judge may accept,
> reject, or modify the recommended decision, receive further
> evidence, or recommit the matter to the magistrate judge with
> instructions.

FED. R. CIV. P. 72(b).

In this case, no objections have been filed, and it appears to the court upon review
of Judge Zoss's findings and conclusions, that there is no ground to reject or modify them.
Therefore, the court **accepts** Chief Judge Zoss's Report and Recommendation of March
21, 2007, and accepts defendant's plea of guilty in this case to Count 1 of the indictment.

**IT IS SO ORDERED.**

**DATED** this 5th day of April, 2007.

MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA